## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 22nd day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Jeffrey P. Wasserman Esquire
*Ciconte, Roseman & Wasserman*
1300 King Street
P.O. Box 1126
Wilmington, DE 19899

_____
Mary E. Augustine (No. 4477)